**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
v.                                  )   Criminal No. 97-162
                                    )
TYRONE RAGLAND,                     )
                                    )
        Defendant.                  )
_____)

### ORDER

This matter was set for a supervised release violation hearing on April 7, 2006.  The Court grants a continuance of the matter until May 12, 2006.  It is hereby

ORDERED that the supervised release violation hearing is CONTINUED from April 7, 2006, until May 12, 2006, and the bench warrant for Defendant is DISMISSED.

                                           /s/
                                   _____
                                   CLAUDE M. HILTON
                                   UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April 10, 2006